**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASHAWN SANDERS** **PLAINTIFF**

**V.** **Case No. 4:26-cv-359 JM**

**LOUIS DEJOY, Postmaster General and UNITED STATES POSTAL SERVICE** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 6th day of October, 2026.

UNITED STATES DISTRICT JUDGE